# EXHIBIT A

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Vaisala Inc | 11/30/2022 | Wire | $ 966.34 |
| Akorn Operating Company, LLC | Vaisala Inc | 1/13/2023 | Wire | $ 24,103.88 |
| Akorn Operating Company, LLC | Vaisala Inc | 2/14/2023 | Wire | $ 1,721.70 |
| | | | | $ 26,791.92 |