IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VAISALA INC,<br><br>Defendant. | Adv. Proc. No. 25-50218 (KBO) |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure (the "Civil Rules"), made applicable to the above-captioned adversary proceeding (the "Adversary Proceeding") by Rule 7055 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), George L. Miller, in his capacity as chapter 7 trustee of the bankruptcy estates for the above-captioned debtors and as plaintiff in this Adversary Proceeding ("Plaintiff"), by and through his undersigned counsel, hereby requests that a default be entered against the above-captioned defendant ("Defendant") in the Adversary Proceeding based on the details set forth in the *Declaration of Paige N. Topper in Support of Plaintiff's Request for Entry of Default* (the "Topper Declaration") attached hereto as **Exhibit A**. A form of Entry of Default is attached hereto as **Exhibit B.**

---

[1]   The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| Dated: November 14, 2025 | **SAUL EWING LLP**<br><br>*/s/ Paige N. Topper*<br>Evan T. Miller (No. 5364)<br>Paige N. Topper (No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>and<br><br>Michelle G. Novick (admitted *pro hac vice*)<br>161 North Clark Street, Suite 4200<br>Chicago, IL 60601<br>Telephone: (312) 876-7899<br>michelle.novick@saul.com<br><br>and<br><br>Turner N. Falk (admitted *pro hac vice*)<br>1735 Market Street, Suite 3400<br>Philadelphia, PA 19103<br>Telephone: (215) 972-7777<br>turner.falk@saul.com<br><br>*Counsel to Plaintiff* |