# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VAISALA INC.,<br><br>Defendant. | Adv. Proc. No. 25-50218 (KBO)<br><br>**Re: Adv. D.I. 9** |

## NOTICE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Paige N. Topper, hereby certify that, on November 14, 2025, a copy of *Plaintiff's Request for Entry of Default* against Vaisala Inc. [Adv. D.I. 9] was served via certified First-Class Mail on the following addresses:

| | |
|---|---|
| Vaisala Inc.<br>C/O Corporation Service Company<br>1900 W Littleton Blvd,<br>Littleton, CO 80120 | Vaisala Inc.<br>C/O Corporation Services Company<br>251 Little Falls Drive<br>Wilmington, DE 19808 |

**SAUL EWING LLP**

*/s/ Paige N. Topper*
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
paige.topper@saul.com

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.