**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ABSOLUTE PLUMBING OF LONG ISLAND INC.,<br><br>Defendant. | Adv. Proc. No. 25-50078 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ASH PALLET MANAGEMENT LLC,<br><br>Defendant. | Adv. Proc. No. 25-50079 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v. | Adv. Proc. No. 25-50081 (KBO) |

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

| | |
|---|---|
| COLDCHAIN TECHNOLOGY SERVICES,<br><br>Defendant. | |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>IRON MOUNTAIN INCORPORATED,<br><br>Defendant. | Adv. Proc. No. 25-50087 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>APPLIED PHYSICS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50090 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED COOLING & REFRIGERATION, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50122 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>C-SQUARED PHARMA LIMITED d/b/a C2 PHARMA,<br><br>Defendant. | Adv. Proc. No. 25-50124 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>CLARUSONE SOURCING SERVICES LLP,<br><br>Defendant. | Adv. Proc. No. 25-50128 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DELTA DENTAL OF ILLINOIS,<br><br>Defendant. | Adv. Proc. No. 25-50130 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>DOMINO AMJET,<br><br>Defendant. | Adv. Proc. No. 25-50134 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ESSENTIAL INGREDIENTS, INC.,<br><br>Defendant. | Adv. Proc. No. 25-50138 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON VALLEY PLASTICS,<br><br>Defendant. | Adv. Proc. No. 25-50139 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>IES ENGINEERS,<br><br>Defendant. | Adv. Proc. No. 25-50141 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>FINE CHEMICALS CORPORATION,<br><br>Defendant. | Adv. Proc. No. 25-50146 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PALL CORPORATION,<br><br>Defendant. | Adv. Proc. No. 25-50149 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>PHARMACEUTICALS RETURNS SERVICE,<br><br>Defendant. | Adv. Proc. No. 25-50157 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MINI GRAPHICS INC.,<br><br>Defendant. | Adv. Proc. No. 25-50172 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>NEXTPHARMA,<br><br>Defendant. | Adv. Proc. No. 25-50175 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>QUALANEX LLC,<br><br>Defendant. | Adv. Proc. No. 25-50188 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RANDSTAD US, LLC,<br><br>Defendant. | Adv. Proc. No. 25-50192 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>RICKY SIMMS CLEANING SERVICE LLC,<br><br>Defendant. | Adv. Proc. No. 25-50193 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>SANNOVA ANALYTICAL INC.,<br><br>Defendant. | Adv. Proc. No. 25-50200 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>SCISAFE INC.,<br><br>Defendant. | Adv. Proc. No. 25-50201 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>VAISALA INC.,<br><br>Defendant. | Adv. Proc. No. 25-50218 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WILKENS-ANDERSON COMPANY,<br><br>Defendant. | Adv. Proc. No. 25-50224 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>Defendant. | Adv. Proc. No. 25-50230 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ANDON BRUSH COMPANY INC.,<br><br>Defendant. | Adv. Proc. No. 25-50232 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>UPS SUPPLY CHAIN SOLUTIONS INC.,<br><br>Defendant. | Adv. Proc. No. 25-50233 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>MULTI PACKAGING SOLUTIONS INTERNATIONAL LIMITED,<br><br>Defendant. | Adv. Proc. No. 25-50239 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>EDI STAFFING INC,<br><br>Defendant. | Adv. Proc. No. 25-50274 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK,<br><br>Defendant. | Adv. Proc. No. 25-50351 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. AND WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendants. | Adv. Proc. No. 25-50387 (KBO) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC dba WALGREEN CO. and WALGREENS.,<br><br>Defendants. | Adv. Proc. No. 25-50453 (KBO) |

| | |
|---|---|
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY VISION PROPERTY LLC dba HEALTHY VISION INSTITUTE dba HEALTHY VISION and DR. JAMES POWERS<br><br>Defendants. | Adv. Proc. No. 25-51027 (KBO) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL AND REQUEST FOR REMOVAL FROM ELECTRONIC AND PAPER NOTICING MATRIX**

PLEASE TAKE NOTICE that, pursuant to Rule 9010-2(b) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Paige N. Topper hereby withdraws as special counsel to George L. Miller (the "Trustee"), the chapter 7 trustee in the above-captioned chapter 7 cases for the bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC and Akorn Operating Company LLC. The undersigned further requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in the above-captioned cases, remove Ms. Topper from the electronic and paper noticing matrix for the above captioned cases. All other current counsel of record will continue to represent the Trustee and are not intended to be affected by this notice.

[*Signature Page Follows*]

Dated: October 13, 2026

**SAUL EWING LLP**

*/s/ Paige N. Topper*

Evan T. Miller (No. 5364)
Paige N. Topper (No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19899
Telephone: 302-421-6864
emiller@saul.com
paige.topper@saul.com

*Special Counsel to Plaintiff*